

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERTO JUAN BOTELLO, | § | No. 08-23-00114-CR |
| Appellant, | § | Appeal from the |
| v. | § | 226th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2021CR8821) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed as moot. We therefore dismiss the appeal as moot. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF JUNE, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.